UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA M. JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>TERRY LEE REMBERT, et. al.,<br><br>      Defendants. | CASE NO. 19-5529<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

  THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Theresa L. Fricke. Dkt. 8. The Court has considered the Report and Recommendation, the Plaintiff's objections and the remaining file.

  The Report and Recommendation (Dkt. 8) should be adopted and the Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) should be denied. The Plaintiff's objections are without merit. They do not provide adequate grounds to grant the application to proceed *in forma pauperis* over the recommendations in the Report and Recommendation.

  The Plaintiff should be ordered to pay the $400.00 filing fee by November 22, 2019 or the case will be dismissed without prejudice.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 8) **IS ADOPTED**;
- The Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) **IS DENIED**;
- On or before **November 22, 2019**, the $400.00 filing fee **IS DUE**; Failure to pay the filing fee by November 22, 2019 will result in dismissal of the case without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 12th day of November, 2019.

ROBERT J. BRYAN
United States District Judge